**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JI'HAAD AMORE HARRISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-CV-611** |
| | ) | |
| **PETER C. AKER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on May 12, 2025. The matter was ultimately referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, an inmate acting pro se, initiated this action by filing a motion seeking leave to proceed in forma pauperis. That motion was granted by Judge Lanzillo and the complaint filed. ECF No. 11, 12. In his complaint, Plaintiff brings multiple legal claims against four Defendants arising out of his arrest and conviction.

By Report and Recommendation filed on April 14, 2026, Judge Lanzillo recommended that all the claims of the complaint be dismissed as legally frivolous in accordance with 28 U.S.C. § 1915(e)(2). ECF No. 10. Judge Lanzillo further opined that because the deficiencies in the complaint could not be cured by amendment, leave to amend should also be denied as futile. As of today's date, no Objections to the Report and Recommendation have been filed.

1

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the complaint and all documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 20th day of July 2026;

IT IS ORDERED that the claims of the complaint be dismissed with prejudice in accordance with 28 U.S.C. § 1915(e). No leave to amend will be permitted.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on April 14, 2026 [ECF No. 10] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

2